UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORAL SPACE & COMMUNICATIONS INC., | |
| Plaintiff(s), | 23-CV-9205 (DEH) |
| v. | **ORDER** |
| LOCKHEED MARTIN CORPORATION, | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

The initial pretrial conference was held on January 3, 2024. For the reasons discussed at the conference, it is hereby **ORDERED** that all proceedings are **STAYED**, pending further order of the Court. Within seven days of any decision in the Calderon Action, as defined in the Complaint, or by **March 8, 2024,** whichever is sooner, the parties shall file a joint status letter. Such letter shall state that this case may be terminated or shall propose next steps in this litigation.

SO ORDERED.

Dated: January 3, 2024
New York, New York

DALE E. HO
United States District Judge